UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 22-cv-03102-JCS<br><br>**ORDER RESOLVING MOTIONS FOR EXTENSION OF ADR DEADLINE, TELEPHONIC APPEARANCE, AND APPOINTMENT OF COUNSEL**<br><br>**ORDER ADVANCING HEARING DATE FOR MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. Nos. 19, 21, 23 |

Plaintiff David Angel Sifuentes, pro se, seeks an extension of time to file an ADR certification. Dkt. 19. Although Sifuentes has now filed such a certification (dkt. 20), it is not clear that the parties have actually discussed alternative dispute resolution. The request for an extension is GRANTED, and the parties shall confer and file an updated ADR certification no later than fourteen days after the Court resolves Defendant Google's[1] pending motion to dismiss (dkt. 16).[2]

Sifuentes also moves for permission to appear telephonically at the initial case management conference and for appointment of counsel to assist him in pursuing a settlement. Dkt. 21. The request to appear telephonically is moot, since the upcoming case management conference and motion hearing are already scheduled to occur remotely via Zoom webinar, which any party may attend using a computer, mobile device, or telephone, as explained in the Clerk's

---

[1] Sifuentes names "Google Inc." as the defendant in his complaint (dkt. 1). The defendant initially appeared as Google LLC, *see* dkt. 9, and later as Google North America Inc., *see generally* Mot. to Dismiss (dkt. 16).
[2] If the motion to dismiss is granted in full and the case is dismissed with prejudice, or if arbitration is compelled, the parties need not file an ADR certification. The Court has not yet reviewed those motions and expresses no opinion on their merits or likely outcomes.

Notice dated August 15, 2022 (dkt. 22) and on the Court's public website at www.cand.uscourts.gov/jcs. As for the request to appoint counsel, litigants in civil cases do not have a right to appointed representation, and the resources available to appoint counsel in such cases are limited. Sifuentes has not shown that this case warrants appointment of counsel. His motion is DENIED as to that issue.

A motion by Sifuentes to compel arbitration dated August 12, 2022 was filed on August 15, 2022, with a request for a hearing on December 12, 2022. That hearing date is ADVANCED sua sponte to September 16, 2022 at 2:00 PM, to occur via Zoom webinar and coincide with the hearing on Google's motion to dismiss and the initial case management conference. The Court will consider at the hearing whether arbitration is appropriate and whether that question should be decided before resolving Google's motion to dismiss, but **Sifuentes must still respond to the motion to dismiss no later than August 23, 2022**.

Sifuentes is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance as he continues to pursue this case. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. Sifuentes may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment

**IT IS SO ORDERED.**

Dated: August 17, 2022

JOSEPH C. SPERO
Chief Magistrate Judge