UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANGEL SIFUENTES,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

Case No. 22-cv-03102-JCS

**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DENYING WITHOUT PREJUDICE MOTION TO DISMISS**

Re: Dkt. Nos. 16, 23

Plaintiff David Angel Sifuentes, pro se, moves to compel arbitration in accordance with Defendant Google's[1] arbitration agreement. *See* Mot. to Compel Arbitration (dkt. 23). Google "does not oppose Plaintiff's motion to arbitrate this dispute," but notes that Sifuentes has not filed an arbitration demand. *See* Statement of Non-Opp'n (dkt. 28). Based on Google's non-opposition and the apparently applicable agreement, the motion to compel arbitration is GRANTED, and the case is STAYED. Sifuentes is ORDERED to file an arbitration demand in accordance with the terms of the parties' arbitration agreement no later than September 28, 2022.[2]

The hearings and case management conference previously set for September 16, 2022 are VACATED. The parties shall file a joint status report or separate status reports no later than October 5, 2022 indicating whether Sifuentes has filed an arbitration demand. If he has not, the Court will require Sifuentes to show cause why this case should not be dismissed for failure to prosecute and failure to follow a court order. If arbitration has begun, this case will remain stayed pending the conclusion of arbitration, and the Court will set a status conference for a later date.

Google's motion to dismiss is denied without prejudice to refiling if the stay is lifted.

**IT IS SO ORDERED.**

Dated: August 31, 2022

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Sifuentes names "Google Inc." as the defendant in his complaint (dkt. 1). The defendant initially appeared as Google LLC, *see* dkt. 9, and later as Google North America Inc., *see* dkt. 16.

[2] The parties have consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).