UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 22-cv-03102-JCS<br><br>**ORDER DENYING SECOND MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 31 |

Plaintiff David Angel Sifuentes's second motion to appoint counsel (dkt. 31) is DENIED for the reasons previously stated.[1]

**IT IS SO ORDERED.**

Dated: September 20, 2022

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).