UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 22-cv-03102-JCS<br><br>**ORDER CLARIFYING DATES**<br><br>Re: Dkt. No. 42 |

The Court's previous order filed earlier today erroneously listed the year of several upcoming dates as 2022 rather than 2023. This order corrects that error. Plaintiff David Sifuentes's second amended complaint is due January 13, 2023; the parties' joint case management statement or separate case management statements are due February 24, 2023; and the case management conference will occur on March 3, 2023 at 2:00 PM via Zoom webinar. The Court apologizes for any confusion.

**IT IS SO ORDERED.**

Dated: December 22, 2022

JOSEPH C. SPERO
Chief Magistrate Judge