1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    DAVID ANGEL SIFUENTES,
                                              Case No.  22-cv-03102-JCS
             Plaintiff,

8
          v.                                  **ORDER RE DOCKET NOS. 59 AND 60**
9
     GOOGLE INC.,
10
             Defendant.
11

12

13

14          Plaintiff has filed a document entitled "Plaintiff's Supplemental Motion to Amend or

15   Correct Motion for Judicial Notice Motion to Drop Claims and Opposition to Defendant Google

16   North America Inc.'s Notice of Motion and Rule 12(b)(1) and 12(b)(6) Motion to Dismiss

17   Amended Complaint."  Dkt. no. 59 ("March 24 filing"). The Court construes this document as a

18   supplemental opposition to Google's pending motion to dismiss (dkt. no. 50) ("the Motion to

19   Dismiss") rather than a new motion and will consider Plaintiff's request for leave to amend, to the

20   extent relevant to the question of whether Plaintiff can cure any defects in his complaint identified

21   in the Motion to Dismiss, in connection with that motion.  The Court notes that it has already

22   denied without prejudice Plaintiff's previous request to amend to add new claims that are

23   unrelated to Google's challenges on the basis that it is unfair to require Google to respond to new

24   claims before the Court has resolved the challenges it asserts in the Motion to Dismiss. *See* dkt.

25   no. 54.

26          Accordingly, Google should address the March 24 filing in the Reply brief that is due on

27   April 19, 2023.  **While the Court will consider Plaintiff's supplemental opposition, Plaintiff is**

28   **prohibited from filing any further briefs in connection with the Motion to Dismiss.**  The

United States District Court
Northern District of California

1   Clerk is instructed to correct the docket to reflect that docket no. 59 is a supplemental opposition

2   brief rather than a new motion.

3          **IT IS SO ORDERED.**

4

5   Dated:  March 30, 2023

6          _____

7          JOSEPH C. SPERO
       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2