United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 25-cv-09666-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable Joseph C. Spero for consideration of whether the case is related to Case No. 3:22-cv-03102-JCS *Sifuentes v. Google, LLC*.

　　　　**IT IS SO ORDERED.**

Dated: November 13, 2025

Virginia K. DeMarchi
United States Magistrate Judge